IN THE SUPREME COURT OF THE STATE OF NEVADA

SILVIA GASTELUM,
Appellant,
vs.
SERGIO GASTELUM,
Respondent.

No. 84890

FILED

JUL 06 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Youma
DEPUTY CLERK

*ORDER DISMISSING APPEAL*

This appeal was docketed on June 20, 2022 without payment of the requisite filing fee and without the case appeal statement. *See* NRAP 3(e), (f). That same day, this court issued notices directing appellant to file the case appeal statement and to pay the required filing fee or demonstrate compliance with NRAP 24 within 7 days. The notices advised that failure to pay the filing fee would result in the dismissal of this appeal and failure to file the case appeal statement could result in sanctions, including dismissal of this appeal. To date, appellant has not paid the filing fee, filed the case appeal statement, or otherwise responded to this court's notices. Accordingly, this appeal is dismissed. *See* NRAP 3(a)(2).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Charles J. Hoskin, District Judge, Family Court Division
Law Office of Cinema Greenberg
Page Law Firm
Rosenblum Allen Law Firm
Eighth District Court Clerk

22-21248